Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**FILED**

**US DISTRICT COURT**

**WESTERN DISTRICT OF ARKANSAS**

**Dec 26, 2024**

**OFFICE OF THE CLERK**

# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

Fort Smith Division

Kristopher Orion Parks

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Governor Sarah Sanders, et al

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **2:24-cv-02160**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kristopher Orion Parks |
| Street Address | 7517 Highway 215 |
| City and County | Mulberry, Crawford County |
| State and Zip Code | Arkansas, 72947 |
| Telephone Number | 479-551-8160 |
| E-mail Address | LMONDE289@Gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name Sarah Huckabee Sanders

Job or Title *(if known)* Governor of Arkansas

Street Address 500 Woodlane St.

City and County Little Rock, Pulaski County

State and Zip Code Arkansas, 72201

Telephone Number 501-682-2345

E-mail Address *(if known)*

Defendant No. 2

Name Tim Griffin

Job or Title *(if known)* Arkansas Attorney General

Street Address 323 Center Street, Suite 200

City and County Little Rock, Pulaski County

State and Zip Code ARKANSAS, 72201

Telephone Number 501-682-2007

E-mail Address *(if known)* Oag@arkansasag.gov

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

14th Amendment U.S. Constitution

42 U.S.C. 1983

8th Amendment U.S. Constitution

2nd Amendment U.S. Constitution

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.      If the defendant is a corporation

              The defendant, *(name)* _____, is incorporated under

              the laws of the State of *(name)* _____, and has its

              principal place of business in the State of *(name)* _____.

              Or is incorporated under the laws of *(foreign nation)* _____,

              and has its principal place of business in *(name)* _____.

              *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.      The Amount in Controversy

              The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_See attatched Claim_ _____

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See ~~attached~~ attached Request for relief

# Claim

Kristopher O. Parks
12-21-2024

I am currently prevented by Arkansas Code 5-73-103 ("The Possesion of firearms by Certain Persons Statute."), And as applied to me this State statute is unconstitutional. I live in fear of arrest every day, and I am now afraid to defend myself in accordance with the Second amendment, because I know that the agents of Governor Sanders, and those under command of the Arkansas Attorney general will immediatley imprison me if I attempt to use a firearm to defend myself. Although I was convicted in 2014 of multiple Felonies, they were non-violent and not drug related offenses, I have since fully discharged that Sentence. I believe that as applied to me this state statute is in violation of the Second Amendment of the U.S. Constitution.

# Request for Relief

Kristopher O. Parks
12-21-2024

I Hereby request from this court a permenant injunction to prevent The Governor of arkansas and any of her agents from enforcing Arkansas Code 5-73-103 against me, as it is unconstitutional as applied to me. I also request a permenant injunction against Arkansas attorney general Tim Griffin to prevent the enforcement of Arkansas Code 5-73-103 against me. By him or any of his agents. Without these injunctions I will remain defenseless and helpless when attacked again.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12-21-2024

Signature of Plaintiff

Printed Name of Plaintiff    Kristopher O. Parks

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

PRIORITY MAIL
FLAT RATE ENVELO
POSTAGE REQUIR

PRESS FIRMLY TO SEAL

**FROM:**
Kristopher Park
7517 Hwy. 215
Mulberry AR 7...

**TO:**
Clerk of Court
30 South 6th Str
Room 1038
Fort Smith AR

US POSTAGE PAID
**$10.45**
Origin: 72947
12/23/24
0461560944-08

how2recycle.info

**PRIORITY MAIL®**

0 Lb 2.70 Oz
RDC 03

EXPECTED DELIVERY DAY: 12/27/24

C002

SHIP TO:
STE 1038
30 S 6TH ST
FORT SMITH ...R 72901-2437

USPS TRACKING® #

9505 5107 0587 4358 1800 34

...se.
...nsurance (restrictions apply).*
...y international destinations.
...on form is required.
... claims exclusions see the
...llability and limitations of coverage.

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

**TRACKED ■ INSURED**

EP14F May 2020

PS00000100O0014